IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cv-00278-M-BM

| | |
|---|---|
| MURDOCK READY MIXED CONCRETE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RITCHIE BROS. AUCTIONEERS (AMERICA) INC., et al.,<br><br>Defendants. | ORDER |

This matter comes before the court on Plaintiff's pro se Motion to Submit B12 Compliance Email. [DE 39]. As described in the court's April 2, 2025, order, Plaintiff, a corporate entity, may appear in federal court "only through licensed counsel." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Counsil*, 506 U.S. 194, 202 (1993). Because Plaintiff has not yet retained counsel, as ordered, the motion is improperly before the court and is thus DENIED WITHOUT PREJUDICE.

SO ORDERED this 7th day of April, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE