UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MURDOCK READY MIXED CONCRETE COMPANY ) ) Plaintiff, ) ) vs. ) ) ) RITCHIE BROS. AUCTIONEERS ) (AMERICA) INC., ET AL ) ) Defendants. ) | **JUDGMENT** **CASE NO. 5:24-CV-00278-M-BM** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on May 23, 2025 [DE 65], Defendant's motions [DE 55] is DENIED AS MOOT, [DE 60], [DE 61], [DE 63] and [DE 64] are DENIED WITHOUT PREJUDICE. The complaint is DISMISSED without prejudice.

This Judgment filed and entered on May 23, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)
Murdock Ready Mixed Concrete Company (via CM/ECF electronic notification)

May 23, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Tyjuana Griffin
Deputy Clerk