UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MURDOCK READY MIXED | ) | |
| CONCRETE COMPANY | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AMENDED JUDGMENT** |
| | ) | **CASE NO. 5:24-CV-00278-M-BM** |
| RITCHIE BROS. | ) | |
| AUCTIONEERS (AMERICA) | ) | |
| INC., RB GLOBAL INC., RITCHIE | ) | |
| BROTHERS, INC. BRIAN PARKS | ) | |
| (*Official Capacity*), DAVID RITCHIE | ) | |
| (*Official Capacity*), JIM KESSLER | ) | |
| (*Official Capacity*), EMMA TUCKLEY | ) | |
| (*Official Capacity*), ANN FANDOOZL | ) | |
| (*Official Capacity*) | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District
Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered
on May 23, 2025 [DE 65], Defendants' motions [DE 55] is DENIED AS MOOT, [DE 60], [DE 61],
[DE 63] and [DE 64] are DENIED WITHOUT PREJUDICE. The complaint is DISMISSED without
prejudice.

This Judgment filed and entered on May 28, 2025, and copies to:
R. Daniel Boyce (via CM/ECF electronic notification)
Alexandra H. Austin (via CM/ECF electronic notification)
Murdock Ready Mixed Concrete Company (via CM/ECF electronic notification)

May 28, 2025                    Peter A. Moore, Jr.
                               Clerk of Court

                               By: /s/ Tyjuana Griffin
                               Deputy Clerk